**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KATHI WILSON**                                                                               **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO: 3:21-CV-218-GHD-RP**

**KEMPER COUNTY SCHOOL DISTRICT &**                           **DEFENDANTS**
**HILUTE HUDSON**

**ORDER GRANTING MOTION TO TRANSFER VENUE**

THIS DAY this matter came before this Court on the motion [2] of Plaintiff, Kathi Wilson, to transfer venue of this action to the United States District Court for the Southern District of Mississippi—Northern Division. The Plaintiff filed this matter in this Court on October 8, 2021; prior to any proceedings taking place and within a week of filing the Complaint, the Plaintiff filed the instant motion seeking to transfer this matter to the Southern District of Mississippi as having been erroneously filed in this District. The Court, being fully advised in the premises, does hereby find that the Plaintiff's motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's motion to transfer [2] is GRANTED; this matter shall be transferred to the jurisdiction of the United States District Court for the Southern District of Mississippi—Northern Division. The Clerk of this Court shall take all necessary action to ensure this transfer is accomplished.

SO ORDERED this the __18th__ day of October, 2021.

                                                                           _/s/ Glen H. Davidson_
                                                                           SENIOR U.S. DISTRICT JUDGE